# Intended Notice Recipients – Method of Notice

**CM/ECF Notice of Electronic Filing Recipients:** *(Refer to Notice of Electronic Filing[NEF] for notice transmission details.)*

tr      Mark S. Wallach         n221@ecfcbis.com, mswtrustee@roadrunner.com, pmwsue@roadrunner.com
aty     Frank J. Jacobson        lorigo@lorigo.com
aty     Mark S. Wallach         pmwfirm@roadrunner.com, pmwatty@roadrunner.com

TOTAL: 3

**Notice Recipients submitted to the BNC:** *(Refer to BNC Certificate of Service for notice transmission details.)*

db      Daniel F. Alguire        264 Barnsdale Avenue       Buffalo, NY 14224
jdb     Wendy J. Alguire         264 Barnsdale Avenue       Buffalo, NY 14224

TOTAL: 2